UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MILTON WILLIAMS, on behalf of himself and
all others similarly situated,

                                Plaintiffs,

       -against-

GROWERSHOUSE, INC.,

                                Defendant.
------------------------------------------------------------ x

Docket No.: 1:21-cv-00431

STIPULATION OF DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED by and between MILTON WILLIAMS, on behalf of himself and all others similarly situated, and GROWERSHOUSE, INC., that the above action is hereby discontinued, with prejudice pursuant to FRCP 41(a)(1)(A)(ii). This Stipulation may be filed without further notice by the Clerk of the Court.

Dated: March 31, 2021
New York, NY

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

_____
William Cusack
Attorneys for Defendant
150 East 42nd Street
New York, NY 10017
Tel: (212) 490-3000
Fax: (212) 490-3038

Dated: March 30, 2021
New York, NY

GOTTLIEB & ASSOCIATES

_____
Jeffrey M. Gottlieb, Esq.
Attorneys for Plaintiffs
150 East 18 St.
Suite PHR
New York, NY 10003
Tel: (212) 228-9795
Fax: (212) 982-6284

SO ORDERED.
                                /s/ John G. Koeltl
New York, New York        John G. Koeltl
April 12, 2021               U.S.D.J.

11630132v.3